# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142472

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SHANNON JAMES LOCKRIDGE,
     Defendant-Appellant.

SC: 142472
COA: 300088
Muskegon CC: 07-054378-FH

_____/

On order of the Court, the application for leave to appeal the October 28, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
Clerk

t0718